**Form odefo**  (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 24−21004    Chapter: 13

In re:

Monique Nicole Kelsey
fka    Monique Crosby
4025 West 84th St.
Overland Park, KS 66207

SSN: xxx−xx−2889

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

> **Filed and Entered By The Court**
> **8/30/24**
> **David D. Zimmerman**
> **Clerk of Court**
> **US Bankruptcy Court**

The following document was filed in this matter and is defective for the following reason(s):

*18* – Amended Schedules. EF Fee Amount $34 Filed by Debtor Monique Nicole Kelsey. (Blay, Ryan)

**File the notice of amendment with the correct event.**
**(bankruptcy−notice−amendments to schedules D,E,F,G and H)**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above−described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 20 − 18

s/  Robert D. Berger
Judge, United States Bankruptcy Court